# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132962(86)

M. CAROL RONAN and FRANKLIN D. RONAN, Trustees of the M. CAROL RONAN TRUST,
      Plaintiffs-Appellants,

v

      SC: 132962
      COA: 263106
      Emmet CC: 04-008127-CH

WILLIAM W. HOFMANN, MARLA E. HOFMANN, JAMES J. MURRAY, PATRICIA C. MURRAY, GRAHAM HAGEY and HELEN HAGEY,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

d0830